UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. CR03-387-MJP |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| CRAYTON TODD WILLIAMS ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on February 21, 2008. The United States was represented by Assistant United States Attorney Susan B. Dohrmann, and the defendant by Mr. Jay Stansell. The proceedings were digitally recorded.

The defendant had been charged and convicted of Felon in Possession of Three Firearms, in violation of 18 U.S.C. § 922 , and on or about April 9, 2004, was sentenced by the Honorable Marsha J. Pechman to forty-one (41) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, mental health, alcohol abstinence, obtain his G.E.D., and search.

In Petitions for Warrant or Summons dated January 9, 2008 and January 24, 2008, U.S. Probation Officer Jerrod Akins alleged the following violations by defendant of the conditions of his supervised release:

(1) Committing the crime of possession of cocaine with intent to deliver in violation of the general condition that he not commit another federal, state, or local crime.

(2) Committing the crime of assault fourth degree, in violation of the general condition that he not commit another federal, state, or local crime.

(3) Consuming heroin on January 4, 2008, in violation of standard condition no. 7.

(4) Associating with Lance Jefferson, a convicted felon and a person engaged in criminal activity, in violation of standard condition no. 9.

(5) Associating with Brian Lane, a convicted felon and a person engaged in criminal activity, in violation of standard condition no. 9.

(6) Being at a residence where drugs were sold, used, distributed, or administered, in violation of standard condition no. 8.

(7) Possessing drug paraphernalia on January 4, 2008, in violation of standard condition no. 7.

(8) Possessing cocaine on January 10, 2008, in violation of standard condition no. 7.

(9) Possessing hydrocodone on January 10, 2008, in violation of standard condition no. 7.

(10) Possessing drug paraphernalia on January 10, 2008, in violation of standard condition no. 7.

On February 6, 2008, defendant made his initial appearance and was advised of the allegations and of his rights. An evidentiary hearing was scheduled for February 21, 2008.

On February 21, 2008, an evidentiary hearing was held and defendant was advised of

the allegations and of his rights. The defendant admitted violation No. 3, and the government withdrew alleged violations Nos. 1, 2, 4, 5, 6, 7, 8, 9 and 10.

     I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation No. 3, and that the Court conduct a hearing limited to disposition. A disposition hearing has not yet been set before the Honorable Marsha J. Pechman.

     Pending a final determination by the Court, the defendant has been detained.

     DATED this 21st day of February, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:        Honorable Marsha J. Pechman
     AUSA:               Ms. Susan B. Dohrmann
     Defendant's attorney:  Mr. Jay Stansell
     Probation officer:     Mr. Jerrod Akins