UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR03-387-MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| CLAYTON TODD WILLIAMS, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 19, 2009. The United States was represented by Assistant United States Attorney Susan Dohrmann, and the defendant by Jay Stansell. The proceedings were digitally recorded.

The defendant had been charged and convicted of Felon in Possession of Three Firearms, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). On or about April 9, 2004, defendant was sentenced by the Honorable Marsha J. Pechman to a term of forty-one (41) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse and mental health programs, financial disclosure, search, alcohol abstinence, obtain his G.E.D. and search.

In a Petition for Warrant or Summons, January 9, 2009, U.S. Probation Officer Jerrod

Akins asserted the following violations by defendant of the conditions of his supervised release:

    (1)    Committing the crime of assault fourth degree on December 28, 2009, in violation of the general condition that he not commit another federal, state, or local crime.

    (2)    Consuming alcohol on December 28, 2008, in violation of the special condition that he abstain from use of alcohol.

    (3)    Failing to report contact with law enforcement within 72 hours, in violation of standard condition No. 11.

    (4)    Failing to report as instructed for drug testing on December 29, 2008, in violation of the special condition that he participate as instructed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or substance abuse, which may including testing.

    (5)    Failing to report as instructed for drug testing on January 7, 2009, in violation of the special condition that he participate as instructed in a program approved by the probation office for the treatment of narcotic addiction drug dependency, or substance abuse, which may include testing.

In a Supplemental Violation Report dated January 29, 2009, U.S. Probation Officer Jerrod Akins asserted the following supplemental violations by defendant of the conditions of his supervised release:

    (6)    Associating with a person engaged in criminal activity on January 8, 2009, in violation of standard condition number 9.

    (7)    Associating with a convicted felon on January 8, 2009, in violation of standard condition number 9.

    (8)    Frequenting places where controlled substances are illegally sold, used, distributed, or administered, on January 28, 2009, in violation of standard

condition number 8.

On January 29, 2009, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On February 19, 2009, defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to violations 1, 2, 3, 4, 5 and 8. Alleged violations 6 and 7 were dismissed by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1, 2, 3, 4, 5 and 8, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman on March 6, 2009 at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 19th day of February, 2009.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Marsha J. Pechman
AUSA: Ms. Susan Dohrmann
Defendant's attorney: Mr. Jay Stansell
Probation officer: Mr. Jerrod Akins